433 A.2d 112

Commonwealth v. Reppert, Appellant.

Submitted December 6, 1979. Robert E. Giering, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

---

433 A.2d 112

Commonwealth v. Rutherford, Sr., Appellant.

Submitted September 13, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.

* Justice Samuel J. Roberts of the Pennsylvania Supreme Court is sitting by designation.